UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*FILED ELECTRONICALLY*

| | |
|---|---|
| WILLIAM SHERIFF, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO.  3:15-CV-474-JHM-DW |
| ) | |
| ) | |
| LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, ) | |
| ) | |
| DEFENDANT ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff, William Sheriff, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, stricken from the Court's docket with each party to be responsible for its own costs.

/s/Michael D. Grabhorn (by DAC with permission)
Michael D. Grabhorn
Andrew M. Grabhorn
Grabhorn Law Office, PLLC
2525 Nelson Miller Parkway, Suite 107
Louisville, KY  40223
m.grabhorn@grabhornlaw.com
a.grabhorn@grabhornlaw.com
Counsel for Plaintiff, William Sheriff

/s/David A. Calhoun
Walter M. Jones
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
wjones@wyattfirm.com
mitziwyrick@wyattfirm.com
dcalhoun@wyattfirm.com
*Counsel for Defendant, Life Insurance Company of North America*

61430020.1